WILLIAM MOORES, Appellant, *v.* JOHN TOWNSHEND et al., Respondents.

(Argued April 18, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 14, 1887, which affirmed a judgment in favor of defendants entered upon a verdict directed by the court.

*L. A. Gould* for appellant.

*John Townshend* for respondents.

Agree to affirm ; no opinion.

All concur except HAIGHT, J., not sitting.

Judgment affirmed.

---

JOHN B. LUGAR, Respondent, *v.* JAMES F. CAREY, Appellant.

(Argued April 21, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 27, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion to set aside a verdict and grant a new trial.

*J. Stewart Ross* for appellant.

*Royal S. Crane* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.